**Order entered August 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00732-CV

### WILLIAM B. BLAYLOCK AND ELAINE C. BLAYLOCK, Appellants

### V.

### THOMAS P. HOLLAND AND KIMBERLY HOLLAND, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-8910**

## ORDER

Appellants' July 29, 2013 motion to correct judgment and clarify mandate is **DENIED**.


/s/     MARTIN RICHTER
          JUSTICE